## Appendix A: Potential Trial Witnesses

| | |
|---|---|
| ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ | |
| **Mr. Ben Hulse** | ▓▓▓▓▓▓▓ for the ▓▓▓▓▓▓▓▓▓▓▓▓ at Google, who ▓▓▓▓▓▓▓▓▓▓▓ and is assigned to the Bay Area offices. That team is responsible for playback-related features in YouTube, including playing of video content and ad content, as well as client-side buffering functionality. No members of Mr. Hulse's team are assigned to any of Google's Texas offices. Approximately ▓ are based in the Bay Area, ▓ in New York, ▓ in Los Angeles, and ▓ in Hawaii.[1] |
| ▓▓▓▓▓▓ | ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ on the ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓, which works on selecting YouTube Ads. ▓▓▓▓▓▓▓▓▓▓▓▓ and is assigned to Google's Bay Area offices. ▓▓▓▓▓▓▓ team has approximately ▓ members; ▓ are assigned to Google's Bay Area offices and ▓ is assigned to Google's Los Angeles office. No member of the team is assigned to Google's Texas offices.[2] |
| ▓▓▓▓▓▓ | ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ on the ▓▓▓▓▓▓▓▓▓▓, which manages control of the ad video at the playback client, including functionality relating to when a mid-roll ad is played. She ▓▓▓▓▓▓▓▓▓▓ and is assigned to the Google Bay Area offices. This team has ▓ members, with ▓ assigned to Google's Bay Area offices, ▓ assigned to Google's Los Angeles offices, and ▓ working remotely from California. ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓[3] |
| ▓▓▓▓ | ▓▓▓▓▓▓▓▓▓▓▓▓ for the ▓▓▓▓▓▓▓▓▓▓, which is responsible for the platform and back-end used to create and send notifications to YouTube users. ▓▓▓▓▓ ▓▓▓▓▓▓ ▓▓▓▓▓ and is assigned to Google's offices in Los Angeles. The team has ▓ members; ▓ are assigned to Google's offices in Los Angeles and ▓ is assigned to work remotely in California. No member of the ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ is assigned to any of Google's offices in Texas.[4] |

---

[1] *See* Declaration of Ben Hulse in Support of Defendants' Motion to Transfer ¶¶ 2, 4.
[2] *Id.* ¶¶ 3, 6.
[3] *Id.* ¶¶ 3, 5.
[4] *Id.* ¶¶ 3, 7.

1862874

| | |
|---|---|
| **Ms. Sanjukta Mathur** | ▓▓▓▓▓ for the ▓▓▓▓▓ for Google Photos. She ▓▓▓▓▓ and is assigned to the Google Bay Area offices. The ▓▓▓▓▓ is primarily responsible for photo sharing functionality within Google Photos. ▓▓▓▓▓ are currently assigned to Google's offices in Sydney, Australia, with ▓ team members working remotely from Australia and New Zealand. ▓▓▓▓▓ In addition, ▓▓▓▓▓ No member of the ▓▓▓▓▓ is assigned to any of Google's Texas offices.[5] |
| **Ms. Annie Chen** | ▓▓▓▓▓ for the Google Calendar team. She ▓▓▓▓▓ and is assigned to Google's Zurich office. Functionality related to scheduling Google Meet meetings and sending notifications for Google Meet meetings is managed by members of the ▓▓▓▓▓. The ▓▓▓▓▓ has ▓ engineers who are assigned to the Zurich office. No member of the Calendar team (including the ▓▓▓▓▓) is assigned to any of Google's Texas offices.[6] |
| **Mr. Mike McCollum** | ▓▓▓▓▓ for the Google Meet team. He ▓▓▓▓▓ and is assigned to Google's Durham, North Carolina office. He has ▓▓▓▓▓. Before that, ▓▓▓▓▓ was assigned to Google's Zurich office. The ▓▓▓▓▓ is primarily located in Kirkland, Washington; New York City, New York; Durham, North Carolina; and Stockholm, Sweden. Although ▓ members of the Google Meet engineering team are assigned to Google's Texas offices, none work on functionality related to scheduling of Google Meet meetings, the invitation to Google Meet meetings, and joining a Google Meet meeting.[7] |

---

[5] *See* Declaration of Sanjukta Mathur in Support of Defendants' Transfer Motion ¶¶ 2-4,7.
[6] *See* Declaration of Annie Chen in Support of Defendants' Transfer Motion ¶¶ 1, 4.
[7] *See* Declaration of Michael McCollum in Support of Defendants' Transfer Motion ¶¶ 1-5.

1862874

| | |
|---|---|
| Mr. Andrew McNamee | ▇▇▇ for the ▇▇▇ Mr. McNamee ▇▇▇ and is assigned to Google's New York City office. The ▇▇▇ is primarily responsible for document sharing functionality used by Google Docs. Mr. McNamee is knowledgeable about the implementation of sharing in Google Drive and Google Docs. There are approximately ▇ engineers and ▇ product managers working on the ▇▇▇. All are assigned to Google's New York City offices. No member of the ▇▇▇ is assigned to any of Google's Texas offices.[8] |
| Mr. Karthik Jayaraman | ▇▇▇ at Google. He ▇▇▇ and is assigned to the Bay Area offices. ▇▇▇ was responsible for ▇▇▇ of personalized events results in Google Search. The ▇▇▇ comprised around ▇ engineers and product managers, all of whom were assigned to Google's Bay Area offices. Mr. Jayaraman is unaware of anyone assigned to Google's Texas offices who worked on Google events personalization.[9] |
| ▇▇▇ | ▇▇▇ on ▇▇▇. He is assigned to Google's New York City office. His team is assigned to Google's offices in the Bay Area, New York, and Tokyo. Members of the team most knowledgeable about how Maps retrieves and ranks events are located in the Bay Area. No team members who handles anything related to events is assigned to Google's Texas offices.[10] |
| ▇▇▇ | ▇▇▇ for the ▇▇▇. ▇▇▇ is assigned to Google's offices in the Bay Area. His team includes members assigned to Google's offices in the Bay Area, New York, Boulder, and Bangalore. No member of the Discover team who handles anything related to events is assigned to Google's Texas offices.[11] |

---

[8] *See* Declaration of Andrew McNamee in Support of Defendants' Transfer Motion ¶¶ 2-4,6.
[9] *See* Declaration of Kartik Jayaraman in Support of Defendants' Motion to Transfer ("Jayaraman Decl.") ¶¶ 2-4,6.
[10] *See* Jayaraman Decl. ¶ 8.
[11] *Id.*