# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| WILDSEED MOBILE LLC, § | |
| § | |
| Plaintiff, § | Civil Action No. 6:22-CV-00357-ADA |
| § | |
| v. § | Jury Trial Demanded |
| § | |
| GOOGLE LLC and YOUTUBE, LLC, § | |
| § | |
| Defendants. § | |
| § | |

**DECLARATION OF CATHERINE C. PORTO IN SUPPORT OF OPPOSITION TO
MOTION TO EXTEND VENUE DISCOVERY DEADLINE AND BRIEFING**

1892709

I, Catherine C. Porto, declare as follows:

1. I am an attorney licensed to practice in the state of California and before this Court. I am an associate with the law firm Keker, Van Nest & Peters LLP, counsel of record for Defendants Google LLC ("Google") and YouTube, LLC ("YouTube") (collectively "Defendants") in this matter. Except where otherwise stated, I have personal knowledge of the facts stated in this declaration and, if called as witness, could and would testify competently to those facts.

2. I submit this declaration in support of Defendants' Opposition to Motion to Extend Venue Discovery Deadline and Briefing.

3. Attached hereto as **Exhibit 1** is a true and correct copy of an email dated August 19, 2022, from Robert Xie to Judge Albright's Law Clerk, attaching a "Discovery Dispute Chart."

4. Attached hereto as **Exhibit 2** is a true and correct copy of an email from Robert Xie dated July 20, 2022.

5. Attached hereto as **Exhibit 3** is a true and correct copy of an email from Morgan Sharma dated July 22, 2022.

6. Attached hereto as **Exhibit 4** is a true and correct copy of a letter from Kristen Lovin dated July 29, 2022.

7. Attached hereto as **Exhibit 5** is a true and correct copy of an email from Robert Xie dated August 10, 2022.

8. Attached hereto as **Exhibit 6** is a true and correct copy of Plaintiff's Second Set of Venue Interrogatories (No. 5) to Defendants Google LLC and YouTube, LLC, served on August 4, 2022.

9. Attached hereto as **Exhibit 7** is a true and correct copy of Defendants Google LLC and YouTube, LLC's Objections to Plaintiff Wildseed Mobile LLC's Second Set of Venue Interrogatories (No. 5), served August 16, 2022.

1892709

2

10. Attached hereto as **Exhibit 8** is a true and correct copy of an email from Jerry Tice Malhotra dated August 20, 2022.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on August 23, 2022, in San Francisco, California.

_____
CATHERINE C. PORTO

2

1892709