# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| WILDSEED MOBILE LLC,<br><br>*Plaintiff*,<br><br>vs.<br><br>GOOGLE LLC and YOUTUBE, LLC,<br><br>*Defendants*. | Case No. 6:22-cv-00357-ADA<br><br>Jury Trial Demanded |

## AGREED MOTION TO TRANSFER TO THE NORTHERN DISTRICT OF CALIFORNIA AND STAY PENDING DEADLINES

Plaintiff Wildseed Mobile LLC ("Plaintiff") and Defendants Google LLC and YouTube, LLC ("Defendants") respectfully provide notice to the Court that pursuant to Defendants' June 7, 2022 Motion to Transfer to the Northern District of California (Dkt. 51), the parties agree to the transfer of the above-captioned case to the Northern District of California. The parties therefore respectfully request that the Court transfer the above-captioned action to the United States District Court for the Northern District of California pursuant to 28 U.S.C. § 1404(a).

The Parties also jointly move this Court for an Order staying all pending deadlines in this action until a new scheduling order may be entered in the Northern District of California following transfer of this matter to that Court.

| | |
|---|---|
| Dated August 24, 2022 | Respectfully submitted, |
| /s/ *Robert F. Kramer* | /s/ *David J. Silbert* |
| KRAMER DAY ALBERTI LIM TONKOVICH & BELLOLI LLP<br>Robert F. Kramer (*pro hac vice*)<br>rkramer@kramerday.com<br>M. Elizabeth Day (*pro hac vice*)<br>eday@kramerday.com<br>David Alberti (*pro hac vice*)<br>dalberti@kramerday.com<br>Sal Lim (*pro hac vice*)<br>slim@kramerday.com<br>Russell Tonkovich (*pro hac vice*)<br>rtonkovich@kramerday.com<br>Marc Belloli (*pro hac vice*)<br>mbelloli@kramerday.com<br>Zachariah A. Higgins (*pro hac vice*)<br>zhiggins@kramerday.com<br>Andrew Hamill (*pro hac vice*)<br>ahamill@kramerday.com<br>577 Airport Blvd., Suite 250<br>Burlingame, California 94010<br>Tel: 650-825-4300/Fax: 650-460-8443<br><br>Deron R Dacus<br>ddacus@dacusfirm.com<br>THE DACUS FIRM, PC<br>821 ESE Loop 323, Suite 430<br>Tyler, TX 75701<br>Tel: 903 705-1117/Fax: 903 581-2543<br><br>*Attorneys for Plaintiff* | David J. Silbert<br>dsilbert@keker.com<br>Paven Malhotra<br>pmalhotra@keker.com<br>Anjali Srinivasan<br>asrinivasan@keker.com<br>Eric B. Hanson<br>ehanson@keker.com<br>William S. Hicks<br>whicks@keker.com<br>Kristen E. Lovin<br>klovin@keker.com<br>Morgan E. Sharma<br>msharma@keker.com<br>Catherine C. Porto<br>cporto@keker.com<br>KEKER, VAN NEST & PETERS LLP<br>633 Battery Street<br>San Francisco, CA 94111<br>Tel: 415-391-5400<br><br>Paige Arnette Amstutz<br>pamstutz@scottdoug.com<br>SCOTT, DOUGLASS & MCCONNICO, LLP<br>303 Colorado Street, Suite 2400<br>Austin, TX 78701<br>Tel 512 495-6300/Fax: 512 495-6399<br><br>*Attorneys For Defendants* |

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system on August 24, 2022.

/s/ *Robert F. Kramer*